Decided September 18, 1996

## STATE OF CONNECTICUT *v.* ANDRE HUCKABEE

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 41 Conn. App. 565 (AC 13930), is denied.

*Rita M. Shair*, assistant state's attorney, in support of the petition.

*Mary Miller Haselkamp*, assistant public defender, in opposition.

Decided September 18, 1996

## JAMES NESTOR *v.* TRAVELERS INDEMNITY COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 41 Conn. App. 625 (AC 14576), is denied.

*David M. Reilly*, in support of the petition.

*Robin S. Linker* and *Louis A. Ricciuti, Jr.*, in opposition.

Decided September 18, 1996